IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TN, and THE CITY OF BRENTWOOD, TN, on behalf of themselves and all similarly situated taxing authorities within the State of Tennessee, <br><br> Plaintiffs, <br><br> v. <br><br> PRICELINE.COM, INC., *et al.*, <br><br> Defendants. | Case No. 3:08-cv-0561 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying memorandum, the defendants' Motion to Dismiss is **DENIED**.

It is so Ordered.

Entered this 31st day of March 2009.

_____
ALETA A. TRAUGER
United States District Judge