## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **THE CITY OF GOODLETTSVILLE,** | ) | |
| **TENNESSEE on behalf of itself and all others** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:08-cv-00561** |
| | ) | **Judge Trauger** |
| **PRICELINE.COM, INC,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Class

Certification filed by plaintiff City of Goodlettsville (Docket No. 153) is **GRANTED**. The court

hereby certifies the following class under Federal Rule of Civil Procedure 23(b)(3):

> Plaintiff and all other political subdivisions within the State of
> Tennessee that impose a tax upon the privilege of occupancy in
> any hotel, inn, tourist camp, tourist cabin, tourist court, motel, or
> any other place in which rooms, lodgings or accommodations are
> furnished to transients for a consideration.

The law firms of Lovell Mitchell & Barth, LLP, Lovell Stewart Halebian, LLP, and

Freed & Weiss LLC are hereby appointed as co-lead class counsel, and J. Todd Moore and

Thomas Holland McKinnie are hereby appointed as local class counsel.

It is so Ordered.

Entered this 20th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge