# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TENNESSEE and THE CITY OF BRENTWOOD, TENNESSEE, on behalf of themselves and all similarly situated taxing authorities with the State of Tennessee,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PRICELINE.COM, INC., *et al.*,<br><br>　　　　Defendants. | Civil No. 3:08-0561<br>Judge Trauger |

## O R D E R

The Defendants' Motion For Leave To File A Reply Brief (Docket No. 267) is **GRANTED**. The Reply shall be filed by April 11, 2011 and shall not exceed fifteen (15) pages.

It is so **ORDERED**.

ENTER this 1st day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge