Motion GRANTED. Conference set for 6/24/11 at 4:00 p.m.

*[signature]*

# UNITED STATED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TENNESSEE, on behalf of themselves and all similarly situated taxing authorities with the State of Tennessee,<br><br>                      Plaintiff,<br><br>v.<br><br>PRICELINE.COM, INC.; LOWEST FARE.COM, INC.; TRAVELWEB, LLC; TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, LP; SITE 59.COM, LLC; EXPEDIA, INC.; HOTELS.COM, LP; HOTWIRE, INC.; TRAVELNOW.COM, INC.; TRIP NETWORK, INC. (d/b/a CHEAPTICKETS, INC.); and ORBITZ, LLC,<br><br>                      Defendants. | No. 3:08-CV-00561<br><br>Judge Trauger<br>Magistrate Judge Griffin |

## PLAINTIFF'S MOTION FOR A SCHEDULING CONFERENCE

Plaintiff, the City of Goodlettsville, Tennessee, through its counsel and on behalf of the certified Class, hereby submits it Motion for A Scheduling Conference Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 1.01. In support of its motion, Plaintiff states as follows:

1. A discovery motion as to the Expedia Defendants[1] has been pending before the magistrate judge (Doc. No. 241), which affects currently-scheduled discovery deadlines, as the bulk of merits phase discovery to Plaintiffs from the Expedia Defendants is pending until that motion is resolved.

2. Under the current schedule, the fact discovery deadline is June 27, 2011. *See* Doc. No. 259. But Plaintiff cannot complete fact discovery until it receives the merits discovery

---

[1] The Expedia Defendants are Expedia, Inc., Hotels.com, LP, and Hotwire, Inc.

- 1 -