Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TENNESSEE and THE CITY OF BRENTWOOD, TENNESSEE, on behalf of themselves and all similarly situated taxing authorities with the State of Tennessee,<br><br>Plaintiffs,<br><br>v.<br><br>PRICELINE.COM, INC, *et al.*,<br><br>Defendants. | Case No. 3:08-cv-0561<br><br>Judge Trauger<br><br>Magistrate Judge Griffin |

## MOTION TO APPEAR BY TELEPHONE

COME THE DEFENDANTS, and move the Court for permission for counsel for certain of the Defendants to appear by telephone at the status conference on June 24, 2011 at 4:00 p.m. central daylight time. In support of this motion, the Defendants say that local counsel, James M. Doran, Jr., and counsel for the Orbitz Defendants, Jeffrey Rossman, will appear in person. The following counsel request permission to appear by telephone: (1) Tamara Marinkovic, Direct Dial: (214) 969-5074, counsel for the Expedia Defendants; (2) Randolph K. Herndon, Direct Dial: (302) 750-6318, counsel for Defendants priceline.com Incorporated, Lowestfare.com LLC and Travelweb LLC; and (3) Scott R. Wiehle, Direct Dial: (817) 878-3593, counsel for Defendants Site59.com, LLC and Travelocity.com L.P.