# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TENNESSEE and THE CITY OF BRENTWOOD, TENNESSEE, on behalf of themselves and all similarly situated taxing authorities with the State of Tennessee, <br><br> Plaintiffs, <br><br> v. <br><br> PRICELINE.COM, INC., *et al.*, <br><br> Defendants. | Civil No. 3:08-0561 <br> Judge Trauger <br> Magistrate Judge Griffin |

## O R D E R

The Plaintiff's Motion For Telephonic Conference Prior to Filing Motion to Strike Expedia's Claims of Privilege And Compel Production of Document (Docket No. 282) is **REFERRED** to Magistrate Judge Griffin for disposition under 28 U.S.C. § 636(b)(1) and Rule 72, Fed.R.Civ.P.

It is so **ORDERED.**

Enter this 10th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge