IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE CITY OF GOODLETTSVILLE, )
TENNESSEE, on behalf of itself and )
all similarly situated taxing authorities )
within the State of Tennessee[1] ) No. 3-08-0561
 )
v. )
 )
PRICELINE.COM, INC; LOWEST )
FARE.COM, INC.; TRAVELWEB, )
LLC; TRAVELOCITY.COM, INC.; )
TRAVELOCITY.COM, LP; SITE )
59.COM, LLC; EXPEDIA, INC.; )
HOTELS.COM, LP; HOTWIRE, INC.; )
TRAVELNOW.COM, INC.; )
TRAVELPORT AMERICAS, LLC; TRIP )
NETWORK, INC. d/b/a Cheap Tickets, )
Inc.; ORBITZ, LLC; and ORBITZ )
WORLDWIDE, INC.[2] )

O R D E R

The plaintiff's request for telephonic conference (Docket Entry No. 251) is DENIED as MOOT in light of the order entered June 22, 2011 (Docket Entry No. 275).

It appears that the plaintiff's motion for a telephonic conference (Docket Entry No. 256) may now be moot. Regardless, the plaintiff's motion for telephonic conference (Docket Entry No. 282) is GRANTED.

A telephone conference call is scheduled on **Wednesday, September 14, 2011, at 4:00 p.m.,** to be initiated by plaintiff's counsel.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulated voluntary dismissal filed on October 1, 2008 (Docket Entry No. 59), the claims of plaintiff The City of Brentwood, Tennessee were dismissed without prejudice.

[2] By voluntary dismissal filed on February 3, 2010 (Docket Entry No. 164), defendants Travelport Americas, LLC and Orbitz Worldwide, Inc. were dismissed without prejudice. By stipulated voluntary dismissal filed on May 21, 2010 (Docket Entry No. 213), defendant TravelNow.com, Inc. was dismissed.