IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TENNESSEE and THE CITY OF BRENTWOOD, TENNESSEE, on behalf of themselves and all similarly situated taxing authorities with the State of Tennessee, <br><br> Plaintiffs, <br><br> v. <br><br> PRICELINE.COM, INC., *et al.*, <br><br> Defendants. | Civil No. 3:08-0561 <br> Judge Trauger |

**O R D E R**

The Motion For Extension of Trial Schedule (Docket No. 374) is **GRANTED**. The parties have anticipated that this case will be resolved on summary judgment. The court does not anticipate that the summary judgment motions will be decided sufficiently in advance of when the parties would have to be expending time on preparation of pretrial filings. Moreover, this court is beginning the trial of a two-month criminal case on February 14, 2012 that, in all events, will interfere with the trial date in this case.

The Order Resetting Jury Trial (Docket No. 281) is hereby **VACATED**. A new trial date will be established, if necessary, after a decision on the pending summary judgment motions.

It is so **ORDERED**.

ENTER this 23th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge