UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE CITY OF GOODLETTSVILLE, TENNESSEE, on behalf of themselves and all similarly situated taxing authorities within the State of Tennessee,<br><br>    Plaintiff,<br><br>v.<br><br>PRICELINE.COM, INC.; LOWEST FARE.COM, INC.; TRAVELWEB, LLC; TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, LP; SITE 59.COM, LLC; EXPEDIA, INC.; HOTELS.COM, LP HOTWIRE, INC.; TRAVELNOW.COM, INC. TRIP NETWORK, INC. (d/b/a CHEAPTICKETS, INC.); and ORBITZ, LLC,<br><br>    Defendants. | Case No. 3:08-cv-00561<br><br>Judge Aleta A. Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' joint Motion for Summary Judgment (Docket No. 299) is **GRANTED** and the plaintiff's cross-Motion for Summary Judgment filed on behalf of itself and the certified class members (Docket No. 302) is **DENIED**. All claims by the plaintiff and the associated certified class members are hereby **DISMISSED**. Entry of this order constitutes judgment in the case.

It is so ordered.

Enter this 21st day of February 2012.

                                                          _____
                                                          ALETA A. TRAUGER
                                                          United States District Judge